UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARRA EL JABER,

Plaintiff,

-against-

JAMES F. DANASH, Federal Agent; BRAYAN, CIA Agent; JOHN DOE(S), Team from FBI and CIA,

Defendants.

26-CV-7458 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Sarra El Jaber, who is appearing *pro se*, brings this action against agents of the Federal Bureau of Investigation ("FBI") and the Central Intelligence Agency, alleging that they harmed her in the course of her work with the FBI and "tried to make [her] change [her] gender." (ECF No. 1, at 1.) The Court dismisses the complaint for the following reasons.

Plaintiff previously submitted to this court a substantially similar complaint against Defendants in this action, alleging the exact same set of facts. *See El Jaber v. Danash*, No. 26-CV-6988 (LTS) (S.D.N.Y., complaint filed Aug. 14, 2026). In fact, in the complaint in this action, Plaintiff acknowledges that this complaint is duplicative of the complaint under No. 26-CV-6988 (LTS) and that she is "submitting the same complaint that [she] filed on 08/14/2026, same 'everything.'" (ECF No. 1, at 14.) As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, the Court dismisses this complaint without prejudice to Plaintiff's pending case.

**CONCLUSION**

Plaintiff's complaint is dismissed as duplicative of *El Jaber v. Danash*, No. 26-CV-6988 (LTS) (S.D.N.Y., complaint filed Aug. 14, 2026).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated: September 15, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge