UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARRA EL JABER,

Plaintiff,

-against-

JAMES F. DANASH, FEDERAL AGENT; BRAYAN, CIA AGENT; JOHN DOE(S), TEAM FROM FBI AND CIA,

Defendants.

26cv7458 (LTS)

CIVIL JUDGMENT

For the reasons stated in the September 15, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: September 18, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge